UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-69 JWB/DJF |
| Plaintiff, | **INDICTMENT** |
| v. | 18 U.S.C. § 2252(a)(1) |
| | 18 U.S.C. § 2252(a)(4)(b) |
| DEIBY RAMIRO SANCHEZ MORALES, | 18 U.S.C. § 2252(b)(2) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of Child Pornography)

On or about April 13, 2022, in the State and District of Minnesota, the defendant,

**DEIBY RAMIRO SANCHEZ MORALES,**

did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including, but not limited to, the following computer image files:

SCANNED
FEB 2 5 2025
U.S. DISTRICT COURT MPLS

*United States v. Morales*

a) A video file titled images/5005_8.JPG depicting Minor 1, a minor female victim approximately 8 to 10 years old, engaging in sexually explicit conduct;

b) Images/5005_20.JPG depicting Minor 2, a minor female victim approximately 6 to 8 years old, engaging in sexually explicit conduct;

c) Images/5005_22.JPG depicting Minor 3, a minor female victim approximately 7 to 9 years old, engaging in sexually explicit conduct;

d) Images/5005_34.JPG depicting Minor 4, a minor female victim approximately 7 to 9 years old, engaging in sexually explicit conduct;

e) Images/5005_6.JPG depicting Minor 5, a minor female victim approximately 6 to 8 years old, engaging in sexually explicit conduct;

all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and Title 18, United States Code, Section 2252(b)(2).

A TRUE BILL

_____    _____
ACTING UNITED STATES ATTORNEY      FOREPERSON